# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANDREW LANDRY

NO. 2026 KW 0559

**JUNE 29, 2026**

---

In Re:   Andrew Landry, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 48752.

---

**BEFORE:   McCLENDON, C.J., STROMBERG AND EDWARDS, JJ.**

**WRIT DENIED.**

PMc
TPS
BDE

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT